UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS D. ROSENBERG, )
)
Plaintiff, )     FILED: JUNE 23, 2008
)     08 CV 3578
vs. ) No. _____   JUDGE NORGLE
)     MAGISTRATE JUDGE COX
BOARD OF MANAGERS OF 391-401 )
PARK AVENUE CONDOMINIUM ) JH
ASSOCIATION and ROGER BISHOP,)
)
Defendants. )

## NOTICE OF REMOVAL

The Board of Managers of 391-401 Park Avenue Condominium Association and Roger Bishop, defendants in the above entitled cause, seek removal to this court and, in support thereof, alleges as follows:

1. 391-401 Park Avenue Condominium Association is an unincorporated Illinois Condominium Association existing under the laws of Illinois with its principal place of business in Highland Park, Illinois, and is one of the defendants in this action.

2. Roger Bishop is a resident of Highland Park, Illinois, and is one of the defendants in this action.

3. This action was commenced against the defendants in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois, on May 19, 2008. A copy of the complaint was served on Oleg Trifanov, President of the 391-401 Park Avenue Condominium Association on May 22, 2008, and served upon Roger Bishop on or about May 26, 2008. This notice is filed within 30 days after service of the complaint on the defendants.

4. This action is a civil case over which the United States District Court has original jurisdiction in that the complaint, a copy of which is attached and incorporated by reference into this notice, shows that the action arises under the Fair Housing Act, 42 U.S.C. Section 3601, et seq.

5. The defendants attach to this notice, copies of all process, pleadings, and orders that have been served on it.

WHEREFORE, the defendants pray that this cause be removed to the United States District Court for the Northern District of Illinois, Eastern Division.

By: /s/Eliot G. Schencker
Attorney for Defendant

Eliot G. Schencker
Michael C. Kim & Associates
19 South LaSalle Street, Suite 303
Chicago, IL 60603
(312) 419-4000

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS D. ROSENBERG, | ) | |
| | ) | FILED: JUNE 23, 2008 |
| Plaintiff, | ) | 08 CV 3578 |
| | ) | JUDGE NORGLE |
| vs. | ) No. _____ | MAGISTRATE JUDGE COX |
| | ) | |
| BOARD OF MANAGERS OF 391-401 | ) | |
| PARK AVENUE CONDOMINIUM | ) | JH |
| ASSOCIATION and ROGER BISHOP, | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF FILING

To:   Steve H. Kim
      Thomas D. Rosenberg & Associates
      1051 West Belmont
      Chicago, Illinois 60657

   Please take notice that on June 23, 2008, we filed with the United States District Court for the Northern District, Eastern Division, the attached **NOTICE OF REMOVAL**, a copy of which is herewith served upon you.

                                        Michael C. Kim & Associates


                                        By: /s/Eliot G. Schencker

Michael C. Kim
Eliot G. Schencker
Michael C. Kim & Associates
19 S. LaSalle Street, Suite 303
Chicago, Illinois 60603
(312) 419-4000

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a copy of the foregoing Notice of Removal was served upon the above named counsel by United States Mail delivery on the Twenty-third day of June, 2008.

                                        /s/Eliot G. Schencker

```
                                        FILED: JUNE 23, 2008
                                        08 CV 3578
                                        JUDGE NORGLE
STATE OF ILLINOIS        )              MAGISTRATE JUDGE COX
                         ) ss.
COUNTY OF COOK           )              JH
```

Eliot G. Schencker, being first duly sworn on oath, deposes and says that:

1. I am the attorney for the defendants-petitioners in this cause;

2. I have prepared and read the petition for removal filed in this cause and have personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the petition for removal are true and correct.

                                                  _____
                                                  Eliot G. Schencker

SUBSCRIBED and SWORN to before
me this 23rd day of June, 2008

_____
Notary Public

"OFFICIAL SEAL"
PATRICIA A. GILLIAND
Notary Public, State of Illinois
My Commission Expires 08/28/10

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
LAKE COUNTY
SUMMONS   (Action for $5001 - $50,000)

(Name all parties)

THIS IS AN ARBITRATION CASE

Plaintiff Thomas O. Rosenbry

No. 08 AR 660

vs.

Amount claimed $ _____

Defendant Board of Managers
of 391-401 Park Avenue
Condominium

Oleg Trifonov, President
391 Park Ave.
Unit #201
Highland Park, IL
60035

THIS IS AN ARBITRATION CASE
SUMMONS

TO EACH DEFENDANT: First Duplicate

YOU ARE HEREBY SUMMONED and required to appear before this Court at 18 N. County Street, Room No.
C-307 _____, Waukegan, Illinois, at 1:30 PM .m., on
_____ JUN 19 2008 _____ 20____ to answer the complaint in this case, a copy of which is hereto attached. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

NOTICE:   Both plaintiff and defendant **shall** appear in court on the return date unless an appearance and answer, as well as any required fees and any other required responsive pleading thereto has been filed on or before the return date. In such case neither party need appear and the case will be heard at the Arbitration Center, 415 W. Washington Street, Waukegan, IL, at 1:30 PM _____ on the _____ day of _____, 20____, by arbitration without further notice. DEC 08 2008

NOTICE TO PLAINTIFF:   Notwithstanding the aforestated, if plaintiff fails to appear on the original return date or any continued date thereof, the case may be dismissed for want of prosecution without further notice.

To the Officer:
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3days before the day for appearance.

WITNESS   MAY 19 2008 _____, 20 _____

(Seal of Court)
_____
Clerk of the Circuit Court

_____
(Deputy)

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
Name
Attorney for Steve Kim, Thomas O. Rosenbry and Associates
Address 1051 W. Belmont
City Chicago
Telephone 312-543-1023

LCAP-SUM-1199

# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT
### LAKE COUNTY
SUMMONS    (Action for $5001 - $50,000)

(Name all parties)

Plaintiff **Thomas D. Rosenberg**

vs.

Defendant **Roger Bishop**

THIS IS AN ARBITRATION CASE

No. **08 AR 600**

Amount claimed $ _____

**1290 Scott Ave.
Winnetka 60093**

THIS IS AN ARBITRATION CASE
SUMMONS

TO EACH DEFENDANT:

YOU ARE HEREBY SUMMONED and required to appear before this Court at 18 N. County Street, Room No. **C-307**, Waukegan, Illinois, at **1:30 PM** .m., on **JUN 19 2008** 20____ to answer the complaint in this case, a copy of which is hereto attached. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

NOTICE:    Both plaintiff and defendant shall appear in court on the return date unless an appearance and answer, as well as any required fees and any other required responsive pleading thereto has been filed on or before the return date. In such case neither party need appear and the case will be heard at the Arbitration Center, 415 W. Washington Street, Waukegan, IL at **1:30 PM** on the _____ day **DEC 0 3 2008**, 20____ by arbitration without further notice.

NOTICE TO PLAINTIFF:    Notwithstanding the aforestated, if plaintiff fails to appear on the original return date or any continued date thereof, the case may be dismissed for want of prosecution without further notice.

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 3days before the day for appearance.

WITNESS **MAY 1 9 2008**, 20____

**Sally D Coffelt**
(Clerk of the Circuit Court)

(Seal of Court)

_____ (Deputy)

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
Name **Steve Kim, Thomas D. Rosenberg and Associates**
Attorney for **Thomas D. Rosenberg**
Address **1051 W. Belmont**
City **Chicago**
Telephone **312-549-1627**

LCAP-SUM-1199

①

FROM : LOIS C BISHOP WINNETKA IL60093   PHONE NO. : 18474415671   May. 27 2008 05:37PM P3

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 19TH JUDICIAL DISTRICT
LAKE COUNTY

FILED
MAY 19 2008
[Circuit Clerk]

| | |
|---|---|
| THOMAS D. ROSENBERG ) | |
| ) | |
| Plaintiff, ) | Case No. 08AR 660 |
| ) | |
| BOARD OF MANAGERS OF 391-401 ) | |
| PARK AVENUE CONDOMINIUM and ) | |
| ROGER BISHOP ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

NOW COMES Plaintiff, THOMAS D. ROSENBERG, by and through his attorneys, THOMAS D. ROSENBERG AND ASSOCIATES. and complains of the Defendants, BOARD OF MANAGERS OF 391-401 PARK AVENUE CONDOMINIUM and ROGER BISHOP and in support thereof states as follows:

### COUNT I
### BREACH OF FIDUCIARY DUTY

1. Plaintiff, Thomas D. Rosenberg, is the lawful owner of the property commonly known as 401 Park Avenue East, Unit 104, Highland Park, Illinois 60035.

2. Defendant, Board of Managers of 391-401 Park Avenue Condominium Association, (hereinafter "the Board") owe a fiduciary duty to unit owners.

3. Defendant, Roger Bishop became a member of the Board on or about March 31, 2005

FROM : LOIS C BISHOP WINNETKA IL60093　　PHONE NO. : 18474415671　　May. 27 2008 05:38PM P4

and is a current member of the board.

4. Between March 31, 2005 and the date of the filing, Plaintiff, Thomas D. Rosenberg, has notified and complained numerous times to Mr. Bishop in his capacity as Board member concerning water seeping into his unit causing extensive damage and mold, which may be the result of a structural defect with the building.

5. Mr. Bishop and the Board have also been notified numerous times by Plaintiff that the continuing water damage is causing health hazards in the Plaintiff's unit.

6. The Board and its members have first-hand knowledge of the water damage and hazardous condition of Plaintiff's unit through several personal visits in June of 2005 and the numerous oral and written notices and reports from Plaintiff.

7. Defendants Board and Roger Bishop have willfully disregarded Plaintiff Thomas Rosenberg's repeated requests, both oral and written, to remedy the problem of the water damage and hazardous conditions.

8. As a direct result of Defendants' willful and purposeful failure to take the appropriate measures to remedy the water problem, Plaintiff's newly installed oak wood floor and sub-floor have buckled causing dangerous conditions, the growth of mold and rotting materials, and the inability to use interior and exterior doors.

9. As a direct result of failing to take prudent actions to remedy a possible structural defect with the building, the Board and Roger Bishop have breached their fiduciary duties to the unit owner, Plaintiff Thomas D. Rosenberg, pursuant to Section 605/18.4(q) of the Illinois Condominium Act.

10. WHEREFORE, the Plaintiff, THOMAS D. ROSENBERG, respectfully requests this Honorable Court for the following:

    A. Cause the Defendants to take all appropriate action to remedy any and all structural defects complained of by Plaintiff;

    B. Award Plaintiff all costs associated with repairing the hard wood floor that will have to be replaced, which the Plaintiff estimates to be in the amount over $25,000;

    C. Place the Plaintiff's condominium assessments into an escrow account to be used toward the costs associated with the structural defects complained of by Plaintiff;

    D. Order the replacement of current members of the Board in conformance with the by-laws of the condominium association;

    E. Award Plaintiff reasonable attorney's fees and costs incurred in this matter; and;

    F. Grant such other relief as this Honorable Court deems appropriate and equitable.

**COUNT II**
**DISCRIMINATION**

1-7.    The Plaintiff re-adopts and re-alleges paragraphs 1 through 7 of Count I as paragraphs 1 through 7 of Count II as if fully set forth herein.

8.    The Plaintiff was a previous member of the Board.

FROM : LOIS C BISHOP WINNETKA IL60093    PHONE NO. : 18474415671    May. 27 2008 05:39PM P6

9. As a former Board member, the Plaintiff has been subjected to unequal treatment.

10. An example of the unequal treatment, as stated in Count I, is the Plaintiff's constant complaints regarding the water seepage into his unit to the Defendants Board and Mr. Bishop which has fell on deaf ears.

11. Additionally, the Plaintiff has been illegally fined for various unsubstantiated violations.

12. The Defendants Board and Mr. Bishops' actions against the Plaintiff gives rise to intimidation, harassment and fostering a hostile environment in violation of the Fair Housing Act, 42 U.S.C. Section 3601, et seq.

13. As a direct and proximate result of the Defendants' discriminatory actions, the Plaintiff's newly installed oak wood floor and sub-floor have buckled causing dangerous conditions, the growth of mold and rotting materials, and the inability to use interior and exterior doors.

14. As a direct and proximate result of the Defendants' discriminatory actions, the Plaintiff has been damaged in the amount of $200, the cost of the illegal fines.

15. WHEREFORE, the Plaintiff, THOMAS D. ROSENBERG, respectfully requests this Honorable Court for the following:

    A. Cause the Defendants to take all appropriate action to remedy any and all structural defects complained of by Plaintiff;

FROM : LOIS C BISHOP WINNETKA IL60093   PHONE NO. : 18474415671   May. 27 2008 05:39PM P7

B. Award Plaintiff all costs associated with repairing the hard wood floor that will have to be replaced, which the Plaintiff estimates to be in the amount over $25,000;

C. Place the Plaintiff's condominium assessments into an escrow account to be used toward the costs associated with the structural defects complained of by Plaintiff;

D. Either reimburse the Plaintiff or eliminate the illegal fines of $200;

D. Order the replacement of current members of the Board in conformance with the by-laws of the condominium association;

E. Award Plaintiff reasonable attorney's fees and costs incurred in this matter; and;

F. Grant such other relief as this Honorable Court deems appropriate and equitable.

Respectfully submitted,

Thomas D. Rosenberg and Associates

By: _____

Steve H. Kim, One of its Attorneys

Steve H. Kim
ARDC#: 6277787
Thomas D. Rosenberg & Associates
1051 W. Belmont
Chicago, IL 60657
312-593-1823

FROM : LOIS C BISHOP WINNETKA IL60093   PHONE NO. : 18474415671           May. 27 2008 05:40PM P9

## Notice to Defendant

(a)   This case will not be heard on the day for appearance specified on the reverse side, hereafter called the return day.

(b)   If the complaint is verified (sworn to), your answer must be verified.

(c)   If you have not obeyed this summons and filed a written appearance or answer before the return day, an order of default and judgement may be taken against you on the return day.

Back of Page (1)

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

THOMAS D. ROSENBERG, )
)
      Plaintiff/Petitioner, )
)
v. ) Gen. No. 08 AR 660
)
BD. OF MANAGERS OF 391-401 PARK AVE. )
CONDOMINIUM ASSOCIATION and ROGER )
BISHOP, )
      Defendants/Respondents )

## NOTICE OF FILING

To: Steve H. Kim
Thomas D. Rosenberg & Associates
1051 West Belmont
Chicago, Illinois 60657

    Please take notice that on June 19, 2008, we filed with the Circuit Court of Lake County, Illinois, the attached **APPEARANCE**, a copy of which is herewith served upon you.

                              Michael C. Kim & Associates

                              By: _____

Michael C. Kim
Eliot G. Schencker
Michael C. Kim & Associates
19 S. LaSalle Street, Suite 303
Chicago, Illinois 60603
(312) 419-4000

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Appearance was served upon the above named counsel by United States Mail delivery on the Nineteenth day of June, 2008.

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | |
|---|---|
| THOMAS D. ROSENBERG, ) | |
| ) | |
| Plaintiff/Petitioner, ) | |
| ) | |
| v. ) | Gen. No. 08 AR 660 |
| ) | |
| BD. OF MANAGERS OF 391-401 PARK AVE. ) | |
| CONDOMINIUM ASSOCIATION and ROGER ) | |
| BISHOP, ) | |
| Defendants/Respondents ) | |

## APPEARANCE

■ **By an Attorney:**

The undersigned, <u>Eliot G. Schencker & Michael C. Kim</u> hereby enter their appearance(s) on behalf of <u>The Board of Managers of 391-401 Park Avenue Condominium Association and Roger Bishop</u> in the above entitled cause.

☐ **By an individual pro se:**

The undersigned, _____ hereby enters an appearance on behalf of myself in the above entitled cause.

Attorney/Pro Se for: <u>391-401 Park Ave. Condo and Roger Bishop</u>
Address: <u>Michael C. Kim & Associates, 19 S. LaSalle Street, Suite 303</u>
City/State/Zip: <u>Chicago, Illinois 60603</u>
Telephone: <u>(312) 419-4000</u>
ARDC Nos. <u>6271429 & 1461303</u>

STATE OF ILLINOIS        )
                         ) SS.
COUNTY OF LAKE           )

FILED
JUN 19 2008
*signature*
CIRCUIT CLERK

IN THE CIRCUIT COURT OF THE NINETEENTH
JUDICIAL CIRCUIT, LAKE COUNTY, ILLINOIS

*Rosenberg*                           )
                                      )
                     Plaintiff (s),   )
                                      )
          v.                          )    No. 08 AR 660
                                      )
*Board of Managers*                   )
*of 391-401 Park Ave*                 )
*Condo. Assn + Roger Bishop*          )
                     Defendant (s).   )

*Agreed* ORDER

This cause coming to be heard upon the return date or a subsequent initial status hearing, and the Court having been fully advised of the status, IT IS HEREBY ORDERED that:

____ Plaintiff(s) is (are) granted additional time to effect service on unserved Defendant(s) _____, and the (return date) (status of location of Defendant) is rescheduled to _____, 20_____, at _____p.m.

**X** Defendant(s) *Board of Managers + Roger Bishop* is (are) granted **28** days to answer or otherwise plead.

____ This case is rescheduled for arbitration on _____, 20_____, at _____am/pm at the Lake County Judicial Arbitration Center, 415 W. Washington Street, Ste. 106, Waukegan, IL 60085. The previous arbitration date of _____, 20_____ is stricken.

____ By agreement of the parties or for good cause shown, all parties are required to comply with Rule 222 Disclosure as follows:

                All parties by       _____, 20_____ or
                Plaintiff(s) by      _____, 20_____
                Defendant(s) by      _____, 20_____
                Cross/Counter parties by _____, 20_____.

____ Defendant(s) _____ is (are) in default and the case is continued for prove-up to _____, 20_____, at _____ p.m. or judgment is entered against Defendant(s) on the verified complaint in the amount of $_____ plus costs.

____ Any cross, counter and third party complaints shall be filed by _____, 20_____.

____ All written discovery shall be served by _____, 20_____. The parties shall schedule depositions and all other discovery activity so that all discovery shall be completed _____ days before the arbitration hearing.

____ The case is continued for status of pleadings to _____, 20_____.
____ Other _____

ENTER: VALERIE BOETTLE CECKOWSKI

Dated: *June 19, 2008*                    _____
                                                     JUDGE

Prepared by: *E. Schenkier, Michael C. Kim Ass.*

*19 S. LaSalle St., Ste 303*

*Chicago, IL. 60603*