# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Thomas D. Rosenberg

**DEFENDANTS**
391-401 Park Avenue Condominium Association and Roger Bishop

**(b) County of Residence of First Listed Plaintiff** Lake County, Illinois
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Lake County, Illinois
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Steve H. Kim, Thomas D. Rosenberg & Associates
1051 W. Belmont, Chicago, IL 60657 (312) 593-1823

**Attorneys (If Known)**
Eliot G. Schencker, Michael C. Kim, Michael C. Kim & Associates
19 S. LaSalle Street, Suite 303, Chicago, IL 60603 (312) 419-4000

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Diversity Cases Only)

## IV. NATURE OF SUIT
443 Housing/Accommodations

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
Count II of Complaint cites Fair Housing Act, 42 U.S.C., Sec. 3601, et seq. Defendants seek Removal via 28 U.S.C. Sec. 1446

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ Over $50,000

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE / SIGNATURE OF ATTORNEY OF RECORD