UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS D. ROSENBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 3578 |
| ) | |
| BOARD OF MANAGERS OF 391-401 ) | Honorable Charles R. Norgle |
| PARK AVENUE CONDOMINIUM ) | Magistrate Judge Cox |
| ASSOCIATION and ROGER BISHOP,) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Steve H. Kim
      Thomas D. Rosenberg & Associates
      1051 West Belmont
      Chicago, Illinois 60657

On July 18, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead in the courtroom usually occupied by him, Room 2341 of the United States District Court for the Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and there and then present the attached **MOTION FOR WITHDRAWAL OF PETITION FOR REMOVAL,** a copy of which is attached hereto and hereby served upon you.

Michael C. Kim & Associates

By: /s/Eliot G. Schencker

Michael C. Kim
Eliot G. Schencker
Michael C. Kim & Associates
19 S. LaSalle Street, Suite 303
Chicago, Illinois 60603
(312) 419-4000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was served upon the above named counsel by United States Mail delivery on the Fifteenth day of July, 2008.

/s/Eliot G. Schencker