

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS D. ROSENBERG,                 )
                                     )
Plaintiff,                           )
                                     )
        vs.                          )   No. 08 CV 3578
                                     )
BOARD OF MANAGERS OF 391-401 )   Honorable Charles R. Norgle
PARK AVENUE CONDOMINIUM   )   Magistrate Judge Cox
ASSOCIATION and ROGER BISHOP,)
                                     )
Defendants.                          )

## AGREED ORDER

This cause coming on to be heard on defendants' motion for withdrawal of their petition for removal,

IT IS HEREBY ORDERED THAT:

1.  Defendants' motion for withdrawal of their petition for removal is granted;

2.  This cause is hereby remanded to the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois for further proceedings.

Michael C. Kim
Eliot G. Schencker
Michael C. Kim & Associates
Attorneys for Defendants
19 South LaSalle Street, Suite 303
Chicago, Illinois 60603
312-419-4000

ENTERED:
Dated: _7-16-08_

_Charles Norgle_

Hon. Charles R. Norgle