Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3578 | **DATE** | 7/16/2008 |
| **CASE TITLE** | THOMAS D. ROSENBERG vs. BOARD OF MANAGERS OF 391-401 PARK AVENUE CONDOMINIUM ASSOCIATION | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. This cause is hereby remanded to the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois for further proceedings.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|